IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KELVIN DUMAS, | : |
| Plaintiff, | : |
| VS. | : |
| Sheriff BILL MASSEY, *et al.*, | : CIVIL ACTION NO.: 5:16-CV-31 (MTT) |
| Defendants. | : |

## ORDER

On February 10, 2016, the Court ordered Plaintiff **KELVIN DUMAS**, an inmate at the Baldwin County Jail in Milledgeville, Georgia, to supplement his 42 U.S.C. § 1983 complaint by answering three questions and submit a certified copy of his trust fund account statement to the Court. (ECF No. 6). The Court gave Plaintiff until February 23, 2016 to respond to the Order and specifically informed him that failure to respond would result in the dismissal of his complaint. (ECF No. 6).

Plaintiff has not responded to the February 10, 2016 Order. Also, the Court notes that mail sent to Plaintiff has been returned as undeliverable because Plaintiff is no longer confined at the Baldwin County Jail. A check of the Georgia Department of Corrections website does not show that Plaintiff is incarcerated in some other jail or prison. Offender Search at http://www.dcor.state.ga. us /GDC/OffenderQuery /jsp/ OffQryForm .jsp.

Because of his failure to comply with the Court's instructions, Plaintiff's 42 U.S.C. § 1983 action is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 4th day of March, 2016.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT